



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2015

By Electronic Mail

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/15
```

Re: **United States v. Trevor Williams**,
S1 09 Cr. 101 (RMB)
**15 CV 3302**

Dear Judge Berman:

    As the Court is aware, the above-referenced defendant has filed a motion pursuant to Title 28, United States Code, Section 2255. The As the Court is aware, the Government has not yet submitted its sentencing memorandum, which was due on May 11, 2015. On May 8, 2015, the Court ordered the Government to file a response by June 5, 2015. The undersigned failed to file a response by the Court's deadline. While I received the order via ECF, I inadvertently neglected to make a notation of the filing deadline. I apologize to the Court for this oversight. With the Court's permission I would request an additional two weeks to file a response. If the Court grants this application, I will file the Government's response by June 19, 2015 [/15]. Again, the Government apologies for the delay in this matter.  **RMB**

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s Jessica Ortiz
    Jessica Ortiz
    Assistant United States Attorney
    (212) 637-2398

cc: Trevor Williams (By email)

**Extension granted to June 15, 2015 @ 5 P.M.**

SO ORDERED:
Date: 6/9/15    *Richard A. Berman*
Richard M. Berman, U.S.D.J.